## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARK W. GRIMES | : | |
| | : | |
| v. | : | Civil No. CCB-13-935 |
| | : | |
| PATRICK DUNNIGAN, et al. | : | |

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Defendant Long's motion to dismiss or, in the alternative, for summary judgment (ECF No. 8), treated as a motion to dismiss as to Count III, is **GRANTED**;

2. Defendant Long's motion to dismiss or, in the alternative, for summary judgment (ECF No. 8), treated as a motion for summary judgment as to Count IV, is **DENIED**;

3. The plaintiff's motion to stay dismissal (ECF No. 4) is **DENIED**; and

4. Counsel will be contacted to schedule further proceedings.

July 2, 2013                              /s/
Date                                       Catherine C. Blake
                                           United States District Judge